**Order entered July 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00216-CR

**NATHAN EARL BURGESS, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1
Collin County, Texas
Trial Court Cause No. 001-86625-2012**

## ORDER

The Court has received a supplemental clerk's record containing the trial court's order granting Alan Kramer Taggart's motion to withdraw and the order appointing William Schultz to represent appellant. Accordingly, we **DIRECT** the Clerk to substitute William Schultz as appellant's appointed attorney of record in place of Alan Kramer Taggart.

We **ORDER** Mr. Schultz to file appellant's brief within **THIRTY DAYS** of the date of this order.

The Court **DENIES** appellant's July 17, 2014 pro se motion to extend time to file his brief. *See Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to William Schultz, Alan Taggart, and the Collin County District Attorney's Office.

/s/     LANA MYERS
        JUSTICE